WILLKIE FARR & GALLAGHER LLP
Alexander L. Cheney (SBN 302157)
acheney@willkie.com
333 Bush Street
San Francisco, CA 94104
(415) 858-7400

Stuart R. Lombardi (*pro hac vice* forthcoming)
slombardi@willkie.com
787 7th Avenue
New York, NY 10019
(212) 728-8000

Joshua S. Levy (*pro hac vice* forthcoming)
jlevy@willkie.com
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1000

*Attorneys for Petitioner*
Oto Analytics, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OTO ANALYTICS, LLC,<br><br>          Petitioner,<br><br>     v.<br><br>BENWORTH CAPITAL PARTNERS LLC,<br><br>          Respondent. | Case No. 3:24-cv-03975<br><br>**PETITIONER'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Petitioner Oto Analytics, LLC (f/k/a Oto Analytics, Inc., d/b/a Womply) ("**Womply**") submits the following Certification of Interested Entities or Persons pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15.

The undersigned counsel of record certifies that Womply has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Womply further certifies that, other than the named parties, it is not aware of any other specific persons, associations, firms, partnerships, or corporations that have either a financial interest or other interest which could be substantially affected by the outcome of the case.

Date: July 1, 2024                           **WILLKIE FARR & GALLAGHER LLP**

By: /s/ *Alexander L. Cheney*
Alexander L. Cheney
Stuart R. Lombardi (*pro hac vice* forthcoming)
Joshua S. Levy (*pro hac vice* forthcoming)

*Attorneys for Petitioner*
*Oto Analytics, LLC*