United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTO ANALYTICS, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> Benworth Capital Partners LLC, <br><br> Defendant(s). | Case No. 3:24-cv-03975 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

    I, Joshua S. Levy, an active member in good standing of the bar of New York and District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Oto Analytics, LLC in the above-entitled action. My local co-counsel in this case is Alexander L. Cheney, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 302157.

| | |
|---|---|
| 1875 K Street, N.W., Washington, DC 20006 | 333 Bush Street, San Francisco, CA 94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 303-1000 | (415) 858-7400 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jlevy@willkie.com | acheney@willkie.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1028856 (DC).

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4    Dated: July 2, 2024                                           Joshua S. Levy
                                                                    APPLICANT

8               ORDER GRANTING APPLICATION
9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

11   IT IS HEREBY ORDERED THAT the application of  Joshua S. Levy  is
12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14   counsel designated in the application will constitute notice to the party.
15   Dated: July 5, 2024

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Joshua Seth Levy

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 26, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on July 2, 2024.



*Clerk of the Court*

CertID-00181561



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
Presiding Justice

**SUSANNA MOLINA ROJAS**
Clerk of the Court

**MARGARET SOWAH**
Deputy Clerk of the Court

**DOUGLAS C. SULLIVAN**
Deputy Clerk of the Court

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

# EXHIBIT 2



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Joshua S Levy

*was duly qualified and admitted on October 5, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 01, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*