**WILLKIE FARR & GALLAGHER LLP**
Alexander L. Cheney (SBN 302157)
acheney@willkie.com
Zoe Packman (SBN 347453)
zpackman@willkie.com
333 Bush Street
San Francisco, CA 94104
(415) 858-7400

Stuart R. Lombardi (admitted *pro hac vice*)
slombardi@willkie.com
787 7th Avenue
New York, NY 10019
(212) 728-8000

Joshua S. Levy (admitted *pro hac vice*)
jlevy@willkie.com
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1000

*Attorneys for Petitioner Oto Analytics, LLC*

**KOZYAK TROPIN & THROCKMORTON**
Jorge L. Piedra (admitted *pro hac vice*)
jpiedra@kttlaw.com
Dwayne A. Robinson (admitted *pro hac vice*)
drobinson@kttlaw.com
Michael R. Lorigas (admitted *pro hac vice*)
mlorigas@kttlaw.com
2525 Ponce de Leon Boulevard, 9th Floor
Miami, Florida 33134
Telephone: 305-372-1800

**GIRARD SHARP LLP**
Simon S. Grille (SBN 294914)
sgrille@girardsharp.com
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Attorneys for Respondent Benworth Capital Partners, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OTO ANALYTICS, LLC,<br><br>            Petitioner,<br><br>    v.<br><br>BENWORTH CAPITAL PARTNERS LLC,<br><br>            Respondent. | Case No. 3:24-cv-03975-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CROSS-PETITIONS TO CONFIRM AND VACATE ARBITRATION AWARD**<br><br>Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 7-12 and the Court's directive at the October 30, 2024 Case Management Conference, Petitioner Oto Analytics, LLC ("Oto Analytics") and Respondent Benworth Capital Partners, LLC ("Benworth," together, the "Parties") jointly submit this Stipulation and Proposed Order construing the Parties' briefing on Benworth's Petition to Vacate Arbitration Award, filed in Case No. 3:24-cv-04840, as cross-petitions to vacate and confirm the arbitration award and permitting Oto Analytics to file a sur-reply accordingly.

WHEREAS, Oto Analytics filed its Petition to Confirm Arbitration Award and for Entry of Judgment against Benworth on July 1, 2024, in the above-entitled action (ECF No. 1);

WHEREAS, Benworth filed its Petition to Vacate Arbitration Award against Womply on August 7, 2024, in Case No. 3:24-cv-04840, ECF No. 1 ("Petition to Vacate");

WHEREAS, Oto Analytics filed its Motion to Confirm Arbitration Award and for Entry of Judgment on August 20, 2024, in the above-entitled action (ECF No. 41) ("Motion to Confirm");

WHEREAS,  Oto Analytics filed its Response to Benworth's Petition to Vacate on August 26, 2024, in Case No. 3:24-cv-04840, ECF No. 25;

WHEREAS, Benworth filed its Response to Oto Analytics' Motion to Confirm on September 6, 2024 (ECF No. 52);

WHEREAS, Benworth filed its Reply in support of its Petition to Vacate on September 9, 2024, in Case No. 3:24-cv-04840, ECF No. 33;

WHEREAS, Oto Analytics filed its Reply in support of its Motion to Confirm on September 13, 2024 (ECF No. 56);

WHEREAS, the Court consolidated the above-entitled action with Case No. 3:24-cv-04840 on October 23, 2024, and terminated all pending motions in the above-entitled action (ECF No. 57);

WHEREAS, the Court held an initial case management conference on October 30, 2024, during which it directed the Parties to streamline the briefing on the Petition to Vacate and Motion to Confirm in light of the recent consolidation;

WHEREAS, the Parties have agreed, subject to the Court's approval, to construe the filed briefing on the Petition to Vacate as cross-petitions to vacate and confirm the arbitration award, provided Oto Analytics is permitted to file a sur-reply in support of its Response.

NOW THEREFORE,  the parties stipulate as follows, subject to the Court's approval:

1.  The Petition to Vacate shall be deemed the operative motion in the above-entitled action and shall not be deemed terminated;

2.  Oto Analytics' Response, filed in Case. No. 3:24-cv-04840, ECF No. 25, shall be construed as a Response to Benworth's Petition to Vacate and a Cross-Petition to Confirm Arbitration Award;

3.  Benworth's Reply, filed in Case No. 3:24-cv-04840, ECF No. 33, shall be construed as both a Reply in support of Benworth's Petition to Vacate and a Response to Oto Analytics' Cross-Petition to Confirm;

4.  Oto Analytics shall file a sur-reply of no longer than 10 pages by November 20, 2024; and

5.  The Parties shall argue their respective positions at the Motion Hearing set for January 9, 2025, at 02:00 PM in San Francisco, Courtroom 10, 19th Floor.

Dated: October 31, 2024                    Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By: /s/ Alexander L. Cheney
        Alexander L. Cheney
        Stuart R. Lombardi
        Joshua S. Levy
        Zoe R. Packman

*Attorneys for Petitioner Oto Analytics, LLC*

KOZYAK TROPIN & THROCKMORTON

By: /s/ Dwayne A. Robinson
        Jorge L. Piedra
        Dwayne A. Robinson
        Michael R. Lorigas

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CROSS-PETITIONS TO CONFIRM AND VACATE ARBITRATION AWARD
CASE NO. 3:24-CV-03975-AMO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GIRARD SHARP LLP

By: /s/ Simon S. Grille _____
        Simon S. Grille

        *Attorneys for Respondent Benworth
        Capital Partners, LLC*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CROSS-PETITIONS TO CONFIRM AND
VACATE ARBITRATION AWARD
CASE NO. 3:24-CV-03975-AMO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CIVIL LOCAL RULE 5-1 ATTESTATION**

As required by Civil Local Rule 5-1, I, Alexander L. Cheney, attest that I obtained concurrence in the filing of this document from all signatories and that I have maintained records to support this concurrence.


Dated: October 31, 2024

By: */s/ Alexander L. Cheney*
Alexander L. Cheney

4

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CROSS-PETITIONS TO CONFIRM AND
VACATE ARBITRATION AWARD
CASE NO. 3:24-CV-03975-AMO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER AS MODIFIED

In view of the recent consolidation (ECF No. 57), Oto Analytics, LLC ("Oto Analytics") and Benworth Capital Partners, LLC ("Benworth," together, the "Parties") shall proceed on cross-petitions to vacate and confirm the arbitration award at issue in this action.  The Petition to Vacate Arbitration Award filed by Benworth in Case No. 3:24-cv-04840, ECF No. 1, shall be deemed the operative motion.  Oto Analytics' Response, filed in Case. No. 3:24-cv-04840, ECF No. 25, shall be construed as a Response to Benworth's Petition to Vacate and a Cross-Petition to Confirm Arbitration Award.  Benworth's Reply, filed in Case No. 3:24-cv-04840, ECF No. 33, shall be construed as both a Reply in support of Benworth's Petition to Vacate and a Response to Oto Analytics' Cross-Petition to Confirm.  Oto Analytics shall file a sur-reply of no longer than 10 pages by November 20, 2024. The Parties shall argue their respective positions at the Motion Hearing set for **February 27, 2025** at 02:00 PM in San Francisco, Courtroom 10, 19th Floor.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  ___November 5___, 2024

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge