| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>Alexander L. Cheney (SBN 302157)<br>acheney@willkie.com<br>Zoe Packman (SBN 347453)<br>zpackman@willkie.com<br>333 Bush Street<br>San Francisco, CA 94104<br>(415) 858-7400<br><br>Stuart R. Lombardi (admitted *pro hac vice*)<br>slombardi@willkie.com<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br><br>Joshua S. Levy (admitted *pro hac vice*)<br>jlevy@willkie.com<br>1875 K Street, N.W.<br>Washington, DC 20006-1238<br>(202) 303-1000<br><br>*Attorneys for Petitioner Oto Analytics, LLC* | **KOZYAK TROPIN & THROCKMORTON**<br>Jorge L. Piedra (admitted *pro hac vice*)<br>jpiedra@kttlaw.com<br>Dwayne A. Robinson (admitted *pro hac vice*)<br>drobinson@kttlaw.com<br>Michael R. Lorigas (admitted *pro hac vice*)<br>mlorigas@kttlaw.com<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, Florida 33134<br>Telephone: 305-372-1800<br><br>**GIRARD SHARP LLP**<br>Simon S. Grille (SBN 294914)<br>sgrille@girardsharp.com<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br><br>*Attorneys for Respondent Benworth Capital Partners, LLC* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OTO ANALYTICS, LLC,<br><br>    Petitioner,<br><br> v.<br><br>BENWORTH CAPITAL PARTNERS LLC,<br><br>    Respondent. | Case No. 3:24-cv-03975-AMO<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Hon. Araceli Martínez-Olguín<br><br>Filed: July 1, 2024 |

1  IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that all claims asserted in the above-captioned action are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

**IT IS SO STIPULATED.**

Dated: January 2, 2025                    Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Alexander L. Cheney*
    Alexander L. Cheney
    Stuart R. Lombardi
    Joshua S. Levy
    Zoe R. Packman

*Attorneys for Petitioner Oto Analytics, LLC*

**KOZYAK TROPIN & THROCKMORTON**

By: */s/ Jorge L. Piedra*
    Jorge L. Piedra
    Dwayne A. Robinson
    Michael R. Lorigas

**GIRARD SHARP LLP**

By: */s/ Simon S. Grille*
    Simon S. Grille

*Attorneys for Respondent Benworth Capital Partners, LLC*

**CIVIL LOCAL RULE 5-1 ATTESTATION**

As required by Civil Local Rule 5-1, I, Alexander L. Cheney, attest that I obtained concurrence in the filing of this document from all signatories and that I have maintained records to support this concurrence.

Dated: January 2, 2025

By: <u>/s/ Alexander L. Cheney</u><br>Alexander L. Cheney